Peter Singh, Esq. (#183686)
**PETER SINGH & ASSOCIATES, P.C.**
The Historical Romain Building
2055 San Joaquin Street
Fresno, California 93721
Telephone (559) 256-9800
Facsimile (559) 256-9792

Attorney for: ARCELIO SERRANO-ZEPEDA, Defendant

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>ARCELIO SERRANO-ZEPEDA,<br>Defendant. | Case No. 1:10-CR-00416-006-LJO<br><br>**JOINT STIPULATION TO CONTINUE SENTENCING HEARING; ORDER THEREON**<br><br>Date: July 9, 2012<br>Time: 8:30a.m.<br><br>*Honorable Lawrence J. ONeill, Presiding* |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the Sentencing hearing in the above-captioned matter now scheduled for July 9, 2012 at 8:30a.m., **may be continued to August 27, 2012 at 8:30 a.m.**

The grounds for the continuance are to allow time for a further debriefing with the defendant Arcelio Serrano-Zepeda so that he may provide Assistant United States Attorney, Kathleen Servatius with more information.

///
///
///
///

1

The parties agree that the delay resulting from the continuance shall be excluded in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161 (B)(ii)(iv).

Dated: June 28, 2012  Respectfully Submitted by:

PETER SINGH & ASSOCIATES, P.C.

By: /s/ Peter Singh
PETER SINGH,
Attorney for ARCELIO SERRANO-ZEPEDA, Defendant

Dated: June 28, 2012  United States Attorney's Office,
Eastern Dist. Of California

By: /s/Carlos Arguello
KATHLEEN SERVATIUS,
Assistant U.S. Attorney

E-Filing Attestation: I, Peter Singh, am the ECF User whose ID and password are being used to file this Joint Stipulation to Continue Status Conference. I hereby attest that Kathleen Servatius has concurred in this filing.

DATED: June 28, 2012  PETER SINGH & ASSOCIATES

By: /s/ Peter Singh
PETER SINGH
Attorney for ARCELIO SERRANO-ZEPEDA

Peter Singh, Esq. (#183686)
PETER SINGH & ASSOICATES
The Historical Romain Building
2055 San Joaquin Street
Fresno, California 93721
Telephone (559) 256-9800
Facsimile (559) 256-9792

Attorney for: ARCELIO SERRANO-ZEPEDA, Defendant

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ARCELIO SERRANO-ZEPEDA,<br><br>Defendant. | Case No.:1:10-CR-00416-006-LJO<br><br>ORDER TO CONTINUE SENTENCING HEARING<br><br>Date: July 9, 2012<br>Time: 8:30 a.m.<br><br>Honorable Lawrence J. O Neill, Presiding |

**IT IS SO ORDERED,** the sentencing calendared for July 9, 2012 at 8:30 a.m. now be continued to **August 27, 2012 at 8:30 a.m.** and time is hereby excluded pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161(B)(ii)(iv).


IT IS SO ORDERED.


Dated: June 30, 2012                    /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

3