Peter Singh, Esq. (#183686)
**PETER SINGH & ASSOCIATES, P.C.**
The Historical Romain Building
2055 San Joaquin Street
Fresno, California 93721
Telephone (559) 256-9800
Facsimile (559) 256-9792

Attorney for: ARCELIO SERRANO-ZEPEDA, Defendant

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARCELIO SERRANO-ZEPEDA,<br>Defendant. | Case No. 1:10-CR-00416-006-LJO<br><br>**JOINT STIPULATION TO CONTINUE SENTENCING HEARING**<br><br>Date: August 27, 2012<br>Time: 8:30a.m.<br><br>*Honorable Lawrence J. ONeill, Presiding* |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the Sentencing hearing in the above-captioned matter now scheduled for August 27, 2012 at 8:30a.m., **may be continued to September 10, 2012 at 8:30 a.m.** The grounds for the continuance are to allow defendant, Arcelio Serrano-Zepeda along with his counsel, Peter Singh, Esq. to complete the further debriefing and provide the information obtained through this further debriefing to Assistant United States Attorney, Kathleen Servatius.

The parties agree that the delay resulting from the continuance shall be excluded in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161 (B)(ii)(iv).

1

Dated: August 9, 2012    Respectfully Submitted by:

PETER SINGH & ASSOCIATES, P.C.

By: /s/ Peter Singh

PETER SINGH, ESQ.

Attorney for ARCELIO SERRANO-ZEPEDA, Defendant

Dated: August 9, 2012    United States Attorney's Office,

Eastern Dist. Of California

By: /s/Kathleen Servatius

KATHLEEN SERVATIUS,

Assistant U.S. Attorney

E-Filing Attestation: I, Peter Singh, am the ECF User whose ID and password are being used to file this Joint Stipulation to Continue Status Conference. I hereby attest that Kathleen Servatius has concurred in this filing.

DATED: August 9, 2012    PETER SINGH & ASSOCIATES

By: /s/ Peter Singh

PETER SINGH, ESQ.

Attorney for ARCELIO SERRANO-ZEPEDA

ORDER

The sentencing calendared for August 27, 2012 at 8:30 a.m. now be continued to **September 10, 2012 at 8:30 a.m.** and time is hereby excluded pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161(B)(ii)(iv).

IT IS SO ORDERED.

**Dated:   August 9, 2012**                              /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE