**RICHARD A. BESHWATE, JR. 179782**
ATTORNEY AT LAW
2014 TULARE STREET, SUITE 414
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 266-5000
FACSIMILE: (559) 266-0507

Attorney for Defendant, ROSENDO PINEDA-MAGADAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROSENDO PINEDA-MAGADAN,<br><br>Defendant. | CASE NO. **1:10-CR-00416 LJO**<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE SENTENCING HEARING**<br><br>DATE: August 27, 2012<br>TIME: 9:30 am<br>JUDGE: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between plaintiff, the United States of America, and the defendant by and through his respective attorney, to continue the sentencing hearing from Monday, August 27, 2012 at 9:30 a.m. to **October 1, 2012**, at 9:30 a.m.

This continuance is necessary because there has been a death in my family and I have been unable to complete the sentencing materials.

Assistant United States Attorney Kathleen Servatius has no objection to this requested continuance. The requested continuance will conserve time and resources for both counsel and the court.

///

The parties respective also agree that any delay resulting from this continuance shall be excluded in the interest of justice to 18 U.S.C. sections 3161(h)(1)(F), 3161(h)(8)(A) and 3161 (h)(8)(B)(1).

DATED: August 23, 2012

Respectfully submitted,

/S/ Richard A. Beshwate, Jr.
RICHARD A. BESHWATE, JR.
Attorney for Defendant,
ROSENDO PINEDA-MAGADAN

DATED: August 23, 2012

Respectfully submitted,

/S/ Kathleen Servatius
KATHLEEN SERVATIUS
Assistant U.S. Attorney

**ORDER**

Good cause has been stated. Granted.

IT IS SO ORDERED.

**Dated:   August 23, 2012**              /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE