Peter Singh, Esq. (#183686)
PETER SINGH & ASSOICATES
The Historical Romain Building
2055 San Joaquin Street
Fresno, California 93721
Telephone (559) 256-9800
Facsimile (559) 256-9792

Attorney for: ARCELIO SERRANO-ZEPEDA, Defendant

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ARCELIO SERRANO-ZEPEDA,<br><br>Defendant | Case No.:1:10-CR-00416-006-LJO<br><br>ORDER TO RELEASE COLLATERAL<br><br>Honorable Lawrence J. O Neill, Presiding |

**ORDER**

Defendant, Arcelio Serrano-Zepeda, having been sentenced to a term of 18 months in custody and defendant having surrendered to the Willacy County Correctional Institution in Raymondville, Texas on October 22, 2012 to serve his prison term, and criminal proceedings closed against said defendant, it is hereby ordered as follows:

The Clerk of the Eastern District Of California is hereby ordered to release the Collateral described as follows and mail to counsel of record Peter Singh:

One United States Of America Passport, 465859508, belonging to Arcelio Serrano-Zepeda.

IT IS SO ORDERED.


Dated:   November 4, 2012                    /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE