BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:10-CR-00416 LJO |
|---|---|
| Plaintiff, | **ORDER ON GOVERNMENT'S MOTION TO DISMISS** |
| v. | **Fed. R. Crim. P. 48(a)** |
| JULIAN SANCHEZ-MEDINA, | |
| Defendant. | |

IT IS HEREBY ORDERED that the charges as to JULIAN SANCHEZ-MEDINA, in the above-entitled case be dismissed without prejudice, in the interest of justice and any warrant shall be recalled.

IT IS SO ORDERED.

Dated: **June 11, 2013**         **/s/ Lawrence J. O'Neill**
                                                 UNITED STATES DISTRICT JUDGE

Motion to Dismiss, FRCrimP 48(a)                1